In the Matter of STEPHEN T. MITCHELL, Appellant, v PATRICIA DIMANGO et al., Respondents.

Submitted February 24, 2014; decided April 8, 2014

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 860 (2013)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD PERALES, Appellant.

Submitted March 10, 2014; decided April 8, 2014

Motion to vacate this Court's February 7, 2014 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO DUCHNOWSKI, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.

Submitted February 24, 2014; decided April 8, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENLEY STANISLAS, Appellant, v WARDEN et al., Respondents.

Submitted February 10, 2014; decided April 8, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (*see* NY Const, art VI, § 3 [b]; CPLR 5602).